KAREN P. HEWITT
United States Attorney
EDWARD C. WEINER
Assistant U.S. Attorney
California State Bar No. 48843
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7125/(619) 557-7053 (Fax)
Email: edward.weiner@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 04cr1000-IEG |
| Plaintiff, | DATE: August 7, 2007<br>TIME: 1:30 p.m. |
| v. | |
| YITSHAK SISO (9), | GOVERNMENT'S RESPONSE AND OPPOSITION TO MOTION FOR EARLY TERMINATION OF PROBATION |
| Defendant. | |

COMES NOW the plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Edward C. Weiner, Assistant U.S. Attorney, and hereby files its response and opposition to defendant Yitshak Siso's motion for early termination of probation.

1. Defendant Yitshak Siso was allowed to plead guilty to a Superseding Information charging misprision of felony in violation of Title 18, United States Code, Section 4 after being charged with conspiracy to distribute a controlled substance in violation of Title 21, United States Code, Sections 846 and 841(a)(1). After the plea bargain was struck, the parties agreed to recommend a term of incarceration, defendant Siso asking for four months and the

Government recommending 11 months. Instead the Court sentenced defendant Siso to six months of home confinement followed by two years of probation.

2. As set forth in the probation report, defendant Siso scored three criminal history points based on his misdemeanor conviction for battery and his alleged participation in the drug conspiracy prior to the expiration of his summary probation in Los Angeles County. However, the Government agreed with defense counsel at the time of sentencing to join in a departure request reducing defendant Siso's Criminal History Category to Criminal History Category I.

3. The Government is aware that defendant Siso has operated a tanning salon, Ibiza Tanning, for several years in the Los Angeles area and has worked long hours in this business. The Government did not know until the filing of the instant motion that defendant Siso had a business opportunity in the state of Florida in connection with mens' hair products. We were aware that defendant Siso had relatives in the Miami, Florida area including his cousin, Guy Cohen. In fact during the period of defendant Siso's pretrial release, he traveled to the Miami, Florida area on a number of occasions with court approval.

4. At the time of sentencing on April 24, 2006, defendant Siso's immigration status as an Israeli citizen was of concern to his counsel and the Government did not know if defendant Siso's marriage to a U.S. citizen (Michelle Gamsu Siso) or his conviction for the lesser offense of misprision of felony would allow him to remain in the United States without removal action by Immigration authorities.

//

//

5. If defendant Siso intends to move permanently from Los Angeles, California to the Miami, Florida area he has not stated. He has also not stated whether he is closing or selling Ibiza Tanning or what the status of his marriage is. Apparently, defendant Siso has been a good probationer but the Government believes that he should serve out the remaining eight months of his probationary term.

DATED: August 3, 2007.

                              KAREN P. HEWITT
                              United States Attorney

                              s/Edward C. Weiner

                              EDWARD C. WEINER
                              Assistant United States Attorney
                              Attorneys for Plaintiff
                              United States of America
                              Email: edward.weiner@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 04cr1000-IEG |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| YITSHAK SISO (9), ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Edward C. Weiner, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Response and Opposition to Motion For Early Termination of Probation, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Sergio F. Benedetto (and faxed to (310) 859-7774)

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case: None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2007.

s/Edward C. Weiner
EDWARD C. WEINER